IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| DANIEL L. WEAVER, ) ) Petitioner, ) ) v. ) ) JO ANNE B. BARNHART, Commissioner, ) Social Security Administration, ) ) Respondent. ) ) | Case No. CV 05-252-S-MHW **Judgment** |

On September 25, 2006, the Court entered a Memorandum Decision and Order GRANTING Petitioner's Petition for Review (Docket No. 2) and REMANDING the case to the Commissioner of the Social Security Administration under "sentence four" of 42 U.S.C. § 405(g). Pursuant to that Order, Judgment is hereby entered in favor of the Petitioner.

DATED: September 25, 2006

Honorable Mikel H. Williams
United States Magistrate Judge